IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

In Re:  Cases Referred to                         :
Magistrate Judge Jack Sherman, Jr.    :   Case Number:  1:02cv458
                                                  :

ORDER

The above case is hereby transferred from the docket of Magistrate Judge Jack Sherman, Jr. to the docket of Magistrate Judge Susan M Novotny.

IT IS SO ORDERED.

                   ___s/Susan J. Dlott_____
                   Susan J. Dlott
                   United States District Judge