IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

In Re:  Cases Referred to
       Magistrate Judge Susan M. Novotny     Case Number:   1:02cv458

ORDER

The above case is hereby transferred from the docket of Magistrate Judge Susan M. Novotny to the docket of Magistrate Judge David S. Perelman.

IT IS SO ORDERED.

                        ___s/Susan J. Dlott_____
                        Susan J. Dlott
                        United States District Judge